**No. 50994.**—Protests 41973–K, etc., of I. C. Isaacs & Co., Inc., et al. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50995.**—Protests 59461–K, etc., of Bilt Rite Baby Carriage Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50996.**—Protests 63843–K/12395, etc., of F. C. G. Importers, Inc., et al. (New Orleans, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 5, 1946

**No. 50997.**—Protest 69124–K of Pacific Trading Co. (San Francisco).

Opinion by COLE, J. It was stipulated that certain items of the merchandise consist of dried, unsalted fish the same in all material respects as that passed upon in Abstract 50242. In accordance therewith the merchandise was held dutiable as claimed.

**No. 50998.**—Protests 37399–K, etc., of Agner & Frederickson Co. et al. (Los Angeles, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 5, 1946

**No. 50999.**—Protests 949604–G, etc., of Henry Pollak, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51000.**—Protests 970021–G, etc., of Amerlux Steel Corp. et al. (Los Angeles, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.